**Order entered August 23, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00211-CR

**MICHAEL DWAYNE NEWMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F11-62630-J**

## ORDER

Before the Court is appellant's August 21, 2019 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before September 20, 2019. Appellant is cautioned that the failure to file his brief by that date may result in the appeal being abated for a hearing. *See* TEX. R. APP. P. 38.8(b)(4).

/s/     BILL PEDERSEN, III
          JUSTICE